**Order entered February 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01308-CV

**KAREN DAVISON, Appellant**

**V.**

**PLANO INDEPENDENT SCHOOL DISTRICT, ET AL, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-01389-2012**

## ORDER

We **GRANT** appellant's February 15, 2013 agreed motion to file an amended brief **TO**

**THE EXTENT** that appellant shall file an amended brief on or before **March 14, 2013**.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE